IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR A. PEEL,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-13-RS-CJK

JOHN PALMER, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to comply with an order of the Court.

3. The clerk is directed to close the file.

**ORDERED** on February 22, 2013.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**